**Demar WORRELL, Plaintiff—Appellant,**

v.

**WAYNE COUNTY DISTRICT ATTORNEY'S OFFICE; Mount Olive Police Department; Branson Vickory, III; Mike Ricks; Lt. Tommy Brown, Defendants–Appellees.**

No. 13–6085.

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 29, 2013.

Demar Worrell, Appellant Pro Se.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demar Worrell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Worrell v. Wayne County District Attorney's Office,* No. 5:12–ct–03121–FL (E.D.N.C., Dec. 6, 2012). We deny as moot Worrell's motion to expedite decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*